UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| David Dolliver Lafferty ) | CASE NO. 17-80607-CRJ-13 |
| Rebecca Lynn Lafferty ) | |
| SSN: XXX-XX-5683 ) | |
| XXX-XX-7440 ) | CHAPTER 13 |
| DEBTORS ) | |

### TRUSTEE'S RESPONSE TO DEBTORS' MOTION TO INCUR DEBT

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee in the above styled case, and requests to be heard on the Debtors' Motion to Incur Debt for the Purpose of Refinancing Real Estate for the Purpose of Paying off Chapter 13 Plan or Simply for the Purpose of Refinancing Real Estate, filed on October 22, 2019. As grounds therefore the Trustee would show unto this Court as follows:

1. The Trustee requests the matter be set for a hearing in order for the Trustee to review and make a recommendation to the Court.

WHEREFORE, The Trustee requests the matter be set for a hearing.

RESPECTFULLY SUBMITTED, this 24th day of October, 2019.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
(256) 350-0442

## CERTIFICATE OF SERVICE

        I hereby certify that on October 24, 2019, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

David and Rebecca Lafferty
161 Lance Road
Toney, AL. 35773

Joseph G. Pleva
Debtors' Attorney
3330 Land N Drive, Ste. C
Huntsville, AL. 35801
(Served electronically)

USAA Federal Savings Bank
Attn: Diane C. Murray, Transferee Servicer's attorney
Nationstar Mortgage, LLC
PO Box 619094
Dallas, TX. 75261-9741

Diane Murray
Creditor's attorney, USAA Federal Savings Bank
Sirote & Permutt, P.C.
PO Box 55887
Birmingham, AL. 35255

U.S. Bank National Association
Attn: Natalie E. Lea, Claim signatory
4801 Frederica Street
Owensboro, KY. 42301

Buckley Madole, P.C.
Agent for U.S. Bank National Association
PO Box 9013
Addison, TX. 75001

Jonathan Smothers
Creditor's attorney, USAA Federal Savings Bank
Shapiro & Ingle, LLO
10130 Perimeter Parkway, Ste. 440
Charlotte, NC. 28216

Michael McCormick
Creditor's attorney, Nationstar Mortgage LLC
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA. 30076

Sady D. Mauldin
Creditor's attorney, U.S. Bank National Association
Albertelli Law
One Independence Plaza, Ste. 416
Birmingham, AL. 35209

                                                /s/ Michele T. Hatcher
                                                Trustee

3-25-2015